**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 21-1709-JFW(JCx)**                                    Date: April 22, 2021

Title:          Anahit Khayoyan, et al. *-v-* Travelers Commercial Insurance Company, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                                    None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER TAKING UNDER SUBMISSION PLAINTIFFS'
                                                                MOTION TO REMAND THE ACTION TO STATE COURT
                                                                PURSUANT TO 28 U.S.C. §§ 1446, 1447(c) [filed
                                                                3/26/21; Docket No. 23]**

        Plaintiffs' Motion to Remand the Action to State Court Pursuant to 28 U.S.C. §§ 1446, 1447(c) is currently on calendar for April 26, 2021, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for April 26, 2021 is hereby vacated and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

        IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_